# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

AMY CAROTHERS,

                         Plaintiff,

    v.

AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, *et. al.*,

                         Defendant.

Case No. 3:26-CV-00223-MMD-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 21]

Plaintiff filed a Notice of Rule 26 Telephonic Conference on the Docket. (ECF No. 221.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

**DATED:** <u>May 18, 2026</u>

_____
**UNITED STATES MAGISTRATE JUDGE**