McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
*pamela.mcgaha@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
*sean.cortney@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

AMY CAROTHERS,

Plaintiff,

v.

AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY; JOHN DOES I through X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,

Defendants.

Case No. 3:26-cv-00223-MMD-CLB

**ORDER GRANTING STIPULATION RE DISMISSAL WITH PREJUDICE**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by Plaintiff AMY CAROTHERS, by and through her counsel of record, and Defendant AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: August 21, 2026

BRADLEY, DRENDEL & JEANNEY

By: [signature]
Joseph S. Bradley, Esq.
Nevada Bar No.: 1787
P.O. Box 1987
Reno, NV 89505
Tel. (775) 335-9999
Attorney for Plaintiff

Dated: August 31, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/Jonathan W. Carlson*
Jonathan W. Carlson
Nevada Bar No. 10536
Pamela L. McGaha
Nevada Bar No. 8181
Sean E. Cortney
Nevada Bar No. 16218
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED this 1st day of September, 2026

[signature]
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

MCCORMICK BARSTOW LLP

*/s/ Jonathan W. Carlson*
Jonathan W. Carlson, Nevada Bar No. 10536
Pamela L. McGaha, Nevada Bar No. 8181
Sean E. Cortney, Nevada Bar No. 16218
Attorneys for Defendant